IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY,  BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, DAVID L. BRANDT, CHERYL BRESSINGTON, CHRISTY HORN, GAIL ZELLER,<br><br>               Defendants. | 4:11CV3209<br><br>**MEMORANDUM AND ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1)     The parties' cross-motions for summary judgment on the issue of whether the Fair Housing Act is applicable to university housing for students attending college shall be filed on or before October 3, 2012.

2)     Each party's response to the opposing motion shall be filed on or before October 24, 2012.

3)     No reply shall be filed absent leave of the court for good cause shown.

August 30, 2012.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge