IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, DAVID L. BRANDT, CHERYL BRESSINGTON, CHRISTY HORN, GAIL ZELLER,<br><br>    Defendants. | 4:11CV3209<br><br>**MEMORANDUM AND ORDER** |

    The parties' stipulation, (filing no. 35), is granted, and

1)  The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):  December 14, 2012
    For the defendant(s):  January 11, 2013
    Plaintiffs' rebuttal:  January 25, 2013

2)  All other deadlines within the court's progression order are unchanged.

October 15, 2012.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge