IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, DAVID L. BRANDT, CHERYL BRESSINGTON, CHRISTY HORN, GAIL ZELLER,<br><br>　　　　　Defendants. | 4:11CV3209<br><br>**AMENDED PROGRESSION ORDER** |

The parties have submitted a joint stipulation seeking an extension of the current progression order, (Filing No. 56). Accordingly,

　　IT IS ORDERED:

　　1.　The parties shall participate in a telephonic status conference before Judge Zwart on January 15, 2013 at 1:30 p.m. to discuss case progression, including whether discovery on ESI issues proceeded according to the schedule described above. Plaintiff's counsel shall initiate the call.

　　2.　Plaintiff shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2), no later than April 5, 2013.

　　3.　Defendants shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2), no later than May 3, 2013.

　　4.　Plaintiff shall disclose all rebuttal expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2), no later than May 24, 2013.

5.  The parties shall complete all discovery in this case no later than June 3, 2013. Motions to compel Rule 33 through 36 discovery must be filed by May 20, 2013.

6.  Any motion to dismiss, motion for summary judgment or motion for judgment on the pleadings shall be filed no later than July 8, 2013.

7.  Motions to exclude expert testimony on Daubert and other related grounds shall be filed no later than August 5, 2013.

8.  The trial of this case will commence before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 15, 2013 or as soon thereafter as the cause may be called, for a duration of four (4) trial days.

9.  The Pretrial Conference is scheduled to be held before Judge Zwart on September 30, 2013 via WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 27, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

Dated this 7th day of December, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge