IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:11CV3209** |
| vs. | |
| UNIVERSITY OF NEBRASKA AT KEARNEY,  et. al; | **MEMORANDUM AND ORDER** |
| Defendants. | |

After conferring with the parties,

IT IS ORDERED:

1)      Discovery is stayed pending the outcome of a settlement conference before the undersigned magistrate judge.

2)      A telephonic conference to discuss the scheduling of the settlement conference will be held on September 3, 2013 at 10:30 a.m. (CDT). Counsel for the plaintiff shall place the call.

August 20, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge