IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY, et. al;<br><br>            Defendants. | 4:11CV3209<br><br>**MEMORANDUM AND ORDER** |

After conferring this the parties at length,

IT IS ORDERED:

A telephonic conference with the undersigned magistrate judge will be held **on the record** on **January 10, 2014** at **8:30 a.m.** to discuss:

1)     Whether all reasonable attempts at settlement have been exhausted and a progression schedule to trial should be entered; and

2)     If the parties believe further efforts at settlement are warranted:

   a.     What representatives of the United States, by name and department, must be present at a settlement conference to fully address the parties' ongoing issues;

   b.     Whether those representatives commit to being present at a settlement conference before the undersigned magistrate judge if the conference is conducted in Washington, D.C.

December 17, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge