IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY,  BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, DAVID L. BRANDT, CHERYL BRESSINGTON, CHRISTY HORN, GAIL ZELLER,<br><br>　　　　　Defendants. | 4:11CV3209<br><br>**ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Mary J. Hahn as counsel of record on behalf of Plaintiff United States of America, (filing no. 107), is granted.

May 27, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge