IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY,  BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, DAVID L. BRANDT, CHERYL BRESSINGTON, CHRISTY HORN, GAIL ZELLER,<br><br>　　　　　　Defendants. | **4:11CV3209**<br><br>**MEMORANDUM AND ORDER** |

The government has moved to strike certain sentences from the defendant's brief opposing the government's motion to compel.  (Filing No. 115).  Upon review of the brief,

IT IS ORDERED:

1)      The defendant's brief, (Filing No. 113), is now filed as a restricted access document.

2)      A redacted version of the defendant's brief, striking the sentences as requested by the plaintiff, will be filed by the court as a public document.

3)      On or before July 1, 2014, the defendant shall file a brief on the issue of whether the court is permitted to consider the parties' settlement positions when considering the reasonable scope of ESI, with any reply thereto filed on or before July 10, 2014.

June 19, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge