IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, DAVID L. BRANDT, CHERYL BRESSINGTON, CHRISTY HORN, GAIL ZELLER,<br><br>        Defendants. | 4:11CV3209<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Colleen M. Melody to withdraw as counsel on behalf of the United States, (filing no. 140), is granted.

December 8, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge