IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY, et. al,<br><br>            Defendants. | 4:11CV3209<br><br>**ORDER** |

IT IS ORDERED that the parties' joint motion, (Filing No. 151), is granted, in part, and the progression order is amended as follows:

1) The deposition deadline is extended to March 31, 2015.

2) The deadline for filing any motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is extended to April 15, 2015.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **June 30, 2015** at **1:00 p.m.**, and will be conducted by WebEx Conferencing. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 29, 2015.

4) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **July 13, 2015**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

5) **No additional continuances will be granted absent a substantial showing of good cause.**

January 9, 2015.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge