IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, DAVID L. BRANDT, CHERYL BRESSINGTON, CHRISTY HORN, GAIL ZELLER,<br><br>　　　　　　Defendants. | 4:11CV3209<br><br>ORDER |

　　　　The parties have jointly moved to continue the deposition deadline and the deadline for filing dispositive motions and motions to exclude expert testimony on *Daubert* and related grounds.  The motion explains why the deposition deadline should be extended.  But it does not explain why additional dispositive motions may be needed, or why such additional motions or any *Daubert* motions could not have been filed before the current deadline.

　　　　Accordingly,

　　　　IT IS ORDERED that the parties' joint motion, (Filing No. 193), is granted in part and denied in part as follows:

　　　　1)　　The deposition deadline is extended to May 15, 2015.

　　　　2)　　The deadline for filing any motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is unchanged and remains April 15, 2015.

　　　　March 18, 2015.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge