IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY,  et. al;<br><br>                        Defendants. | 4:11CV3209<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 205), which is hereby granted,

1)      The deadline for filing any motion to dismiss, motion for summary judgment, and motion to exclude testimony on *Daubert* and related ground is extended to May 29, 2015.

2)      The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 25, 2015 at **11:00 a.m.**, and will be conducted by WebEx conferencing.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.  The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 24, 2015.

3)      The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on September 8, 2015, or as soon thereafter as the case may be called, for a duration of four (4) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

4)      No further extensions will be granted absent a substantial showing of good cause.

March 31, 2015.

                                                                BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                                United States Magistrate Judge