IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA AT KEARNEY, et al.,<br><br>             Defendants. | 4:11-CV-3209<br><br><br>ORDER |

This matter is before the Court on the defendants Unopposed Motion to File Brief in Opposition to Plaintiff's Motion *in Limine* to Exclude the Testimony of James Serpell, MA, Ph.D. (filing 256). The defendants' motion will be granted. The Court notes, however, that the defendants' brief (filing 252) was not filed under restriction. The Clerk of the Court will be directed to restrict access to filing 252 to case participants. Defendants' counsel are reminded that pursuant to NECivR 5.3(c)(1)(B), they should file such documents under provisional restriction.

IT IS ORDERED:

1. The defendants' Unopposed Motion to File Brief in Opposition to Plaintiff's Motion *in Limine* to Exclude the Testimony of James Serpell, MA, Ph.D. (filing 256) is granted.

2. The Clerk of the Court is directed to edit the document restrictions for filing 252 to restrict access to case participants.

Dated this 26th day of June, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge