IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11-CV-3209 |
| vs. | ORDER |
| UNIVERSITY OF NEBRASKA AT KEARNEY, et al., | |
| Defendants. | |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. This case is removed from the Court's trial calendar.

2. The parties' pending evidentiary motions (filings 236 and 241) are denied as moot.

3. On or before September 14, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

4. Absent compliance with this order, this case be dismissed without further notice.

5. The Clerk of the Court shall set a dismissal papers deadline of September 14, 2015.

Dated this 31st day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge