# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF NEBRASKA AT ) <br> KEARNEY and BOARD OF REGENTS ) <br> OF THE UNIVERSITY OF NEBRASKA ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | CASE NO.  4:11CV3209 |

## JOINT MOTION TO APPROVE AND ENTER CONSENT ORDER

Plaintiff United States of America and Defendants University of Nebraska at Kearney and the Board of Regents of the University of Nebraska jointly move the Court to approve the Consent Order resolving this litigation and to enter the Consent Order as a Judgment of the Court.  A copy of the proposed Consent Order is attached to the Index submitted in support of this Motion.

Dated:  September 3, 2015

                                                        Respectfully submitted,

| | |
|---|---|
| */s/ Scott P. Moore* <br> Scott Parrish Moore (NE# 20752) <br> Allison D. Balus (NE#23270) <br> of BAIRD HOLM LLP <br> 1500 Woodmen Tower <br> 1700 Farnam St <br> Omaha, NE 68102-2068 <br> Phone: 402-344-0500 <br> Email: spmoore@bairdholm.com <br> <br> and <br> <br> Alison D. Basye (NE# 23337) <br> of UNIVERSITY OF NEBRASKA <br> Varner Hall <br> 3835 Holdrege Street <br> Lincoln, NE 68583-0745 <br> Phone: 402-472-1201 <br> Fax: 402-472-2038 <br> Email: abasye@nebraska.edu <br> <br> and <br> <br> John C. Wiltse, NSBA (NE# 16689) <br> Deputy General Counsel <br> University Of Nebraska <br> Varner Hall, Room 237 <br> 3835 Holdrege Street <br> Lincoln, Ne 68583-0745 <br> jwiltse@nebaska.edu <br> (402) 472-1201 <br> (402) 472-2038 (facsimile) <br> <br> <br> Attorneys for Defendants | STEVEN H. ROSENBAUM <br> Chief <br> SAMEENA SHINA MAJEED <br> Deputy Chief <br> <br> */s/ Elise Sandra Shore* <br> ELISE SANDRA SHORE <br> Georgia Bar No. 557131 <br> ONJIL McEACHIN <br> New York Bar <br> ALAN MARTINSON <br> California Bar No. 258820 <br> Trial Attorneys <br> Housing and Civil Enforcement Section <br> Civil Rights Division <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue NW <br> Northwestern Building, 7th Floor <br> Washington, DC 20530 <br> Phone: (202) 305-0921 <br> Fax: (202) 514-1116 <br> <br> and <br> <br> DEBORAH R. GILG <br> United States Attorney <br> <br> */s/ Laurie A. Kelly* <br> LAURIE A. KELLY <br> MA Bar No. 557575 <br> Assistant United States Attorney <br> United States Attorney's Office <br> District of Nebraska <br> 1620 Dodge Street, Suite 1400 <br> Omaha, NE 68102-1506 <br> Phone: (402) 661-3700 <br> Fax: (402) 661-3081 <br> <br> Attorneys for Plaintiff |

**CERTIFICATE OF SERVICE**

      I certify that on September 3, 2015, I filed the foregoing document entitled Joint Motion to Approve and Enter Consent Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Scott Parrish Moore (NE# 20752)
Allison D. Balus (NE#23270)
of BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE 68102-2068
Email: spmoore@bairdholm.com
       abalus@bairdholm.com

and

John C. Wiltse, NSBA (NE# 16689)
Deputy General Counsel
Alison D. Basye (NE# 23337)
University Of Nebraska
Varner Hall, Room 237
3835 Holdrege Street
Lincoln, Ne 68583-0745
Email:  jwiltse@nebaska.edu
       abayse@nebaraska.edu

                                   */s/ Elise Sandra Shore*
                                  Elise Sandra Shore
                                  Attorney for Plaintiff United States