IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11-CV-3209 |
| vs. | JUDGMENT |
| UNIVERSITY OF NEBRASKA AT KEARNEY, et al., | |
| Defendants. | |

Upon the parties' Joint Stipulation of Voluntary Dismissal (filing 289), and pursuant to the accompanying Consent Order, this case is dismissed with prejudice, with each party to be responsible for its own costs and attorney fees.

Dated this 4th day of September, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge